DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
(dhc@severson.com)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Plaintiff and Counter-defendant
FORD MOTOR CREDIT COMPANY LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, a Delaware limited liability company,<br><br>            Plaintiff,<br><br>      vs.<br><br>WILHELM & ASSOCIATES, INC., dba NORCO MAZDA, a California corporation; and JEFF D. WILHELM, an individual,<br><br>            Defendants.<br><br>AND RELATED CROSS-ACTIONS | Case No.:  CV09-02870-GW (AJWx)<br><br>**STIPULATED JUDGMENT**<br><br>Date:   No hearing pending<br>Time:<br>Dept:   Courtroom 10<br>Judge: Hon. George H. Wu<br><br>Complaint Filed:  April 24, 2009<br>Trial Date:            April 20, 2010 |

10872/0151/784987.1

STIPULATED JUDGMENT
Case No. CV09-02870-GW (AJWx)

Pursuant to the Stipulation for Entry of Judgment by and between Plaintiff, Ford Motor Credit Company LLC ("Ford Credit"), and Defendants, Wilhelm & Associates, Inc., dba Norco Mazda ("Norco Mazda") and Jeff D. Wilhelm ("Wilhelm"), and for good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that,

1. Plaintiff, Ford Credit, is awarded and shall recover the sum of $974,000 (nine hundred seventy four thousand dollars) against Defendant, Norco Mazda.

2. Plaintiff, Ford Credit, is awarded and shall recover the sum of $400,000 (four hundred thousand dollars) against Defendant, Wilhelm.

3. Ford Credit shall not execute upon this judgment for a period of one hundred and eighty (180) days from the date of entry.

Dated: February 23, 2010      _____
                                UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

DATED: February 19, 2010        WILHELM & ASSOCIATES, INC.


                                By: /s/ Jeff D. Wilhelm
                                    Jeff D. Wilhelm
                                    Its President
                                Defendant




DATED: February 19, 2010        /s/ Jeff D. Wilhelm
                                JEFF D. WILHELM
                                Defendant

10872/0151/784987.1                    -2-              STIPULATED JUDGMENT
                                                    Case No. CV09-02870-GW (AJWx)

| | | |
|---|---|---|
| 1 | DATED: February 19, 2010 | HORIZON LAW GROUP, LLP |
| 2 | | |
| 3 | | By:  /s/ David A. Brewster |
| 4 | | David A. Brewster<br>Attorneys for Defendants<br>WILHELM & ASSOCIATES, INC. and |
| 5 | | JEFF D. WILHELM |
| 6 | | |
| 7 | | |
| 8 | DATED: February 19, 2010 | SEVERSON & WERSON<br>A Professional Corporation |
| 9 | | |
| 10 | | |
| 11 | | By: /s/ Donald H. Cram<br>Donald H. Cram |
| 12 | | Attorneys for Plaintiff<br>FORD MOTOR CREDIT COMPANY |
| 13 | | LLC |